```
United States Bankruptcy Court
Northern District of Ohio
In re:                                                        Case No. 19-17814-aih
Jayson T Rogers                                               Chapter 7
        Debtor          CERTIFICATE OF NOTICE
District/off: 0647-1         User: admin              Page 1 of 2          Date Rcvd: Dec 31, 2019
                             Form ID: 309A            Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
```
db           +Jayson T Rogers,    20041 Fairmount Blvd,    Shaker Heights, OH 44118-4715
26392651     +Allegro Realty,    1938 Euclid Avenue, Suite 200,    Cleveland, OH 44115-2254
26392652     +Argus Capital Funding,    104 East 25th St, Floor 10,    New York, NY 10010-8201
26392653     +Ascentium Capital LLC,    23970 Highway 59,    Kingwood, TX 77339-1535
26392654     +Ashcroft & Oak,    26300 Cedar Rd,    Beachwood, OH 44122-1184
26392656     +Canterbury Golf Club,    22000 South Woodland,    Beachwood, OH 44122-3099
26392659     +Daryl Laisure,    c/o Craig Owen White,    Hahn Loeser,    200 Public Square, Suite 2800,
               Cleveland, OH 44114-2303
26392660     +East Shore Equities, LLC,    5788 Merrick Rd, 2nd flr,    Massapequa, NY 11758-6242
26392661      Emerald Group Holdings, LLC,    68 Jay St Ste 201-e12,    New York, NY 10013
26392662     +First Interstate Properties,    25333 Cedar Road, Suite 300,    Cleveland, OH 44124-3763
26392663     +High Five Capital Fund LLC,    15 E. 67th St., 6th Floor,    New York, NY 10065-5804
26392667     +IRC Retail Centers LLC,    814 Commerce Dr #300,    Oak Brook, IL 60523-8823
26392664     +Independence Bank,    4401 Rockside Rd,    Independence, OH 44131-2146
26392666     +Intrepid Direct Insurance,    c/o Ralph Tector Jr.,    The Leviton Law Firm,
               One Pierce Place, Suite 725W,    Itasca, IL 60143-1234
26392668     +Jimmy Johns,    2212 Fox Drive,    Champaign, IL 61820-7532
26392669     +Kapitus,    120 W 45th St,    New York, NY 10036-4195
26392670      MRN Ltd.,    715 Vincent Ave,    Cleveland, OH 44114
26392671     +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
26392672     +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
26392674     +RFY Eton,    675 Alpha Drive,    Highland Hts, OH 44143-2139
26392676     +Stearns Bank,    9225 E Shea Blvd,    Scottsdale, AZ 85260-6713
26392677     +Sysco Foods,    4747 Grayton Rd,    Cleveland, OH 44135-2300
26392679     +Telecom Self-reported,    Po Box 4500,    Allen, TX 75013-1311
26392684     +Worldpay US, Inc.,    201 17th Street, NW,    Suite 1000,    Atlanta, GA 30363-1195
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: David@DavidBensonLaw.com Dec 31 2019 21:49:27     David M. Benson,
               David M. Benson LLC,    1422 Euclid Avenue #970,    Cleveland, OH  44115
tr           +EDI: FKBCONIGLIO Jan 01 2020 02:33:00      Kari B. Coniglio,    200 Public Square Suite 1400,
               Cleveland, OH 44114-2327
ust          +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Dec 31 2019 21:50:13     Cynthia J. Thayer,
               US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
26392655     +E-mail/Text: bkdept@cancapital.com Dec 31 2019 21:49:36     CAN Capital Inc,
               2 Overhill Road Suite 410,    Scarsdale, NY 10583-5326
26392657     +EDI: CAPITALONE.COM Jan 01 2020 02:33:00      Capital One,    Po Box 30281,
               Salt Lake City, UT 84130-0281
26392658      E-mail/Text: ddbankruptcy@parfunding.com Dec 31 2019 21:52:21
               Complete Business Solutions Group,    dba Par Funding,    20 N 3rd St,
               Philadelphia, PA 19106-2118
26392665      EDI: IRS.COM Jan 01 2020 02:33:00      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114-0326
26392675      E-mail/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov Dec 31 2019 21:49:41
               State of Ohio Revenue Recovery,    c/o Ohio Atty General's Office,
               150 East Gay Street, 21st Floor,    Columbus, OH 43215
26392673      E-mail/Text: support@quarterspot.com Dec 31 2019 21:52:17     QuarterSpot Inc.,
               333 7th Avenue Suite 1402,    New York, NY 10001
26392678     +E-mail/Text: bankruptcynotices@tcfef.com Dec 31 2019 21:50:47     TCF Finance,
               11100 Wayzata Blvd., #801,    Hopkins, MN 55305-5503
26392680      EDI: USBANKARS.COM Jan 01 2020 02:33:00      US Bank,    Attn: Bankruptcy,    800 Nicollet Mall,
               Minneapolis, MN 55402
26392681      EDI: USBANKARS.COM Jan 01 2020 02:33:00      US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
               Cincinnati, OH 45201
26392682     +E-mail/Text: vci.bkcy@vwcredit.com Dec 31 2019 21:51:22     Volkswagen Credit, Inc,
               Attn: Bankruptcy,    P.O. Box 3,    Hillboro, OR 97123-0003
26392685     +E-mail/Text: bankruptcy@yellowstonecapllc.com Dec 31 2019 21:52:06     Yellowstone Capital, LLC,
               1 Evertrust Plaza,    Jersey City, NJ 07302-3051
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26392683*    +Volkswagen Credit, Inc,    Attn: Bankruptcy,    Po Box 3,    Hillboro, OR 97123-0003
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2019 at the address(es) listed below:
          David M. Benson    on behalf of Debtor Jayson T Rogers David@DavidBensonLaw.com,
           dmbenson25@hotmail.com;bambi@davidbensonlaw.com;r64853@notify.bestcase.com
          Kari B. Coniglio    kbconiglio@vorys.com,
           mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
                                                                                       TOTAL: 2
```

| | | **Information to identify the case:** | | Social Security number or ITIN | xxx–xx–2427 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Debtor 1 | **Jayson T Rogers** | Social Security number or ITIN xxx–xx–2427 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter **7   12/27/19** |
| Case number: | **19–17814–aih** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| **1.** | **Debtor's full name** | Jayson T Rogers | | |
| **2.** | **All other names used in the last 8 years** | | | |
| **3.** | **Address** | 20041 Fairmount Blvd<br>Shaker Heights, OH 44118 | | |
| **4.** | **Debtor's attorney**<br>Name and address | David M. Benson<br>David M. Benson LLC<br>1422 Euclid Avenue #970<br>Cleveland, OH 44115 | | Contact phone (216) 241–2510<br>Email: David@DavidBensonLaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Kari B. Coniglio<br>200 Public Square Suite 1400<br>Cleveland, OH 44114 | | Contact phone (216) 479–6167<br>Email: kbconiglio@vorys.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | 9:00 AM – 4:00 PM Contact phone 216–615–4300 Date: 12/31/19 |
| 7. | **Meeting of creditors** | **February 3, 2020 at 10:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification required *** *** Proof of Social Security Number required *** | **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 4/3/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

19-17814-aih    Doc 6    FILED 01/02/20    ENTERED 01/03/20 00:18:04    Page 4 of 4