UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND, OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-17814 |
| | ) | |
| JAYSON T. ROGERS | ) | Chapter 7 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | ARTHUR I. HARRIS |
| Debtor(s). | ) | |

## NOTICE OF MOTION

     PNC Bank, National Association ("Movant"), has filed a motion with the Court to lift the automatic stay and abandonment with respect to the real estate located at as 2237 Tuscarawas Street W, Canton, Ohio 44708. The preliminary hearing on this matter, if any is necessary, will be held on June 30, 2020 at 10:00 a.m. in the U.S. Bankruptcy Court.

     **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

     If you do not want the court to enter relief from stay and abandonment in accordance with the motion, or if you want the court to consider your views on the motion, then on or before **June 19, 2020**, you or your attorney must file a written response, explaining your position, at:

        Clerk of the United States Bankruptcy Court
        Howard M. Metzenbaum U.S. Courthouse
        201 Superior Avenue
        Cleveland, Ohio 44114-1235

     If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Robert B. Trattner, Esq.
Thomas, Trattner & Malone LLC
1653 Merriman Rd., Suite 203
Akron OH 44313

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief from stay and abandonment sought in the motion and may enter an order granting the relief from stay and abandonment.

Date: May 28, 2020 /s/ Robert B. Trattner
ROBERT B. TRATTNER (0062088)
Attorney for Movant, PNC Bank, National Association

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Motion was electronically transmitted on the 28th day of May, 2020, via the Court's CM/ECF system to the following who are listed on the Court's electronic mail notification list:

David M. Benson, Esq., attorney for Debtor, Jayson T. Rogers at David@DavidBensonLaw.com; dmbenson25@hotmail.com; bambi@davidbensonlaw.com; r64853@notify.bestcase.com
David T. Brady, Esq., attorney for Creditor Finch Investment Group at DBrady@Sandhu-Law.com; bk1notice@sandhu-law.com
Kari B. Coniglio, Esq., Chapter 7 Trustee, at kbconiglio@vorys.com; mdwalkuski@vorys.com; kbc@trustesolutions.net; jncash2@vorys.com
Craig W. Relman, Esq., attorney for Creditor TCF National Bank at: crelman@aol.com
Seth Greenhill, Esq., attorney for PNC Bank, National Association at seth.greenhill@padgettlawgroup.com
United States Trustee, at (registered address)@usdoj.gov

by regular U.S. mail, postage prepaid, to:

Jayson Rogers
20041 Fairmount Blvd.
Shaker Heights, Ohio 44118-4715

Columbus Metro Homes LLC
c/o Its Statutory Agent
United States Corporation Agents, Inc.
411 Wolf Ledges Parkway, Suite 201
Akron, Ohio 44311

2

Larry R. Rothenberg, Esq.
323 W. Lakeside Avenue, #200
Cleveland, OH 44113-1099

Stark County Treasurer
110 Central Plaza S., Suite 250
Canton, Ohio 44702

Quarterspot, Inc.
c/o Thomas J. Kokolis
110 North Washington Street, Suite 500
Rockville, MD 20850

Jordan N. Hopkins
Bankruptcy Portfolio Manager
Stearns Bank N.A.
4191 2nd Street South
St. Cloud, MN 56301

/s/ Robert B. Trattner
Robert B. Trattner (0062088)

3

19-17814-aih   Doc 24   FILED 05/28/20   ENTERED 05/28/20 09:02:52   Page 3 of 3