```
                             United States Bankruptcy Court
                              Northern District of Ohio
In re:                                                                                  Case No. 19-17814-aih
Jayson T. Rogers                                                                        Chapter 7
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0647-1           User: admin                  Page 1 of 2                  Date Rcvd: Jun 12, 2020
                               Form ID: 318                 Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2020.
db             +Jayson T. Rogers,    20041 Fairmount Blvd.,    Shaker Heights, OH 44118-4715
cr             +PNC Bank, National Association,    1900 East Ninth Street,   Cleveland, OH 44114-3484
cr             +QuarterSpot, Inc.,    c/o Thomas J. Kokolis (lim participant),
                 110 North Washington Street Suite 500,    Rockville, MD 20850-2230
26392651       +Allegro Realty,   1938 Euclid Avenue, Suite 200,    Cleveland, OH 44115-2254
26392652       +Argus Capital Funding,    104 East 25th St, Floor 10,    New York, NY 10010-8201
26392653       +Ascentium Capital LLC,    23970 Highway 59,   Kingwood, TX 77339-1535
26392654       +Ashcroft & Oak,   26300 Cedar Rd,    Beachwood, OH 44122-1184
26392656       +Canterbury Golf Club,    22000 South Woodland,   Beachwood, OH 44122-3099
26392659       +Daryl Laisure,   c/o Craig Owen White,    Hahn Loeser,   200 Public Square, Suite 2800,
                 Cleveland, OH 44114-2303
26392660       +East Shore Equities, LLC,    5788 Merrick Rd, 2nd flr,    Massapequa, NY 11758-6242
26392661        Emerald Group Holdings, LLC,    68 Jay St Ste 201-e12,    New York, NY 10013
26392662       +First Interstate Properties,    25333 Cedar Road, Suite 300,    Cleveland, OH 44124-3763
26392663       +High Five Capital Fund LLC,    15 E. 67th St., 6th Floor,    New York, NY 10065-5804
26392667       +IRC Retail Centers LLC,    814 Commerce Dr #300,   Oak Brook, IL 60523-8823
26392664       +Independence Bank,    4401 Rockside Rd,   Independence, OH 44131-2146
26392666       +Intrepid Direct Insurance,    c/o Ralph Tector Jr.,    The Leviton Law Firm,
                 One Pierce Place, Suite 725W,    Itasca, IL 60143-1234
26392668       +Jimmy Johns,   2212 Fox Drive,    Champaign, IL 61820-7532
26392669       +Kapitus,   120 W 45th St,    New York, NY 10036-4195
26392670        MRN Ltd.,   715 Vincent Ave,    Cleveland, OH 44114
26392671       +PNC Bank Credit Card,    Po Box 5570,   Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
26392672       +Pnc Mortgage,   Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
26573295       +QuarterSpot, Inc.,    c/o Parker, Simon & Kokolis, LLC,    ATTN: Thomas J. Kokolis, Esq.,
                 110 N. Washington Street, Ste. 500,    Rockville, MD 20850-2230
26392674       +RFY Eton,   675 Alpha Drive,    Highland Hts, OH 44143-2139
26392677       +Sysco Foods,   235 W Giaconda Way Suite 217,    Tucson, AZ 85704-4343
26405481       +TCF NATIONAL BANK,    C/O CRAIG W RELMAN CO LPA,   23811 CHAGRIN BLVD SUITE 160,
                 CLEVELAND OH 44122-5525
26392684       +Worldpay US, Inc.,    201 17th Street, NW,   Suite 1000,    Atlanta, GA 30363-1195

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jun 12 2020 09:13:03     Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
cr             +E-mail/Text: ar@figadvisors.com Jun 12 2020 09:15:12      Finch Investment Group,
                 Finch Investment Group, LLC,    1000 Riverside Avenue Suite 400,    Jacksonville, FL 32204-4108
cr             +E-mail/Text: Bankruptcy@stearnsbank.com Jun 12 2020 09:11:41     Stearns Bank NA,
                 Attn: Jordan N. Hopkins,   4191 2nd Street South,    St Cloud, MN 56301-3761
26392655       +E-mail/Text: bkdept@cancapital.com Jun 12 2020 09:11:20     CAN Capital Inc,
                 2 Overhill Road Suite 410,   Scarsdale, NY 10583-5326
26392657       +EDI: CAPITALONE.COM Jun 12 2020 12:28:00     Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
26392658        E-mail/Text: ddbankruptcy@parfunding.com Jun 12 2020 09:16:05
                 Complete Business Solutions Group,    dba Par Funding,   20 N 3rd St,
                 Philadelphia, PA 19106-2118
26392665        EDI: IRS.COM Jun 12 2020 12:28:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,   Philadelphia, PA 19114-0326
26392675        E-mail/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov Jun 12 2020 09:11:32
                 State of Ohio Revenue Recovery,    c/o Ohio Atty General's Office,
                 150 East Gay Street, 21st Floor,    Columbus, OH 43215
26392673        E-mail/Text: support@quarterspot.com Jun 12 2020 09:15:57     QuarterSpot Inc.,
                 333 7th Avenue Suite 1402,   New York, NY 10001
26392676        E-mail/Text: Bankruptcy@stearnsbank.com Jun 12 2020 09:11:41     Stearns Bank,
                 9225 E Shea Blvd,   Scottsdale, AZ 85260
26425215       +E-mail/Text: treasurer-bankruptcy@starkcountyohio.gov Jun 12 2020 09:11:26
                 Stark County Treasurer,    110 Central Plaza South, Suite 250,    Canton, Ohio 44702,
                 Phone: (330) 451-7814  Fax: (330) 451-78,
                 treasurer-bankruptcy@starkcountyohio.gov 44702-1410
26392678       +E-mail/Text: bankruptcynotices@tcfef.com Jun 12 2020 09:13:40     TCF Finance,
                 11100 Wayzata Blvd., #801,   Hopkins, MN 55305-5503
26392679       +EDI: COMCASTBLCENT Jun 12 2020 12:28:00     Telecom Self-reported,    Po Box 4500,
                 Allen, TX 75013-1311
26392680        EDI: USBANKARS.COM Jun 12 2020 12:28:00     US Bank,   Attn: Bankruptcy,    800 Nicollet Mall,
                 Minneapolis, MN 55402
26392681        EDI: USBANKARS.COM Jun 12 2020 12:28:00     US Bank/RMS CC,   Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
26392682       +E-mail/Text: vci.bkcy@vwcredit.com Jun 12 2020 09:14:40     Volkswagen Credit, Inc,
                 Attn: Bankruptcy,   P.O. Box 3,    Hillboro, OR 97123-0003
26392685       +E-mail/Text: bankruptcy@yellowstonecapllc.com Jun 12 2020 09:15:45     Yellowstone Capital, LLC,
                 1 Evertrust Plaza,   Jersey City, NJ 07302-3087
                                                                                             TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +TCF National Bank,   C/O CRAIG W RELMAN CO LPA,    23811 CHAGRIN BLVD SUITE 160,
               CLEVELAND, OH 44122-5525
26392683*     +Volkswagen Credit, Inc,   Attn: Bankruptcy,   Po Box 3,    Hillboro, OR 97123-0003
                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

```
              Craig W. Relman    on behalf of Creditor    TCF National Bank crelman@aol.com
              David M. Benson    on behalf of Debtor Jayson T. Rogers David@DavidBensonLaw.com,
               dmbenson25@hotmail.com;bambi@davidbensonlaw.com;r64853@notify.bestcase.com
              David T. Brady    on behalf of Creditor    Finch Investment Group DBrady@Sandhu-Law.com,
               bk1notice@sandhu-law.com
              Kari B. Coniglio     kbconiglio@vorys.com,
               mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
              Robert B. Trattner    on behalf of Creditor    PNC Bank, National Association rtrattner@ttmlaw.com,
               rbtlaw2003@yahoo.com
              Seth  Greenhill    on behalf of Creditor    PNC Bank, National Association
               seth.greenhill@padgettlawgroup.com
                                                                                     TOTAL: 6
```

| Information to identify the case: | |
|---|---|
| Debtor 1 **Jayson T. Rogers**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2427**<br>EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Ohio** | |
| Case number:  **19–17814–aih** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jayson T. Rogers

<u>6/10/20</u>

**By the court:** <u>ARTHUR I HARRIS</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

19-17814-aih    Doc 27    FILED 06/13/20    ENTERED 06/14/20 00:21:30    Page 3 of 4

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**