The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 30, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 30, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND, OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-17814 |
| | ) | |
| JAYSON T. ROGERS | ) | Chapter 7 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | ARTHUR I. HARRIS |
| Debtor(s). | ) | |
| | ) | |
| | ) | <u>ORDER GRANTING MOTION OF</u> |
| | ) | <u>PNC BANK, NATIONAL</u> |
| | ) | <u>ASSOCIATION FOR RELIEF</u> |
| | ) | <u>FROM STAY AND ABANDONMENT</u> |
| | ) | 2237 Tuscarawas Street W, Canton, Ohio |
| | ) | 44708 |

This matter came before the Court on the Amended Motion for Relief from Stay (the "Motion") filed by PNC Bank, National Association ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the United States Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the real property described as 2237 Tuscarawas Street W, Canton, Ohio 44708.

# # #

SUBMITTED BY:

/s/ Robert B. Trattner
Robert B. Trattner (0062088)
Thomas, Trattner & Malone, LLC
1653 Merriman Road, #203
Akron, Ohio 44313
Tele: 330-253-5738
Fax: 330-253-5743
rtrattner@ttmlaw.com
Attorney for Movant, PNC Bank, National Association

## **LIST OF PARTIES TO BE SERVED**

To be served electronically vie the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notification List:

Court's Electronic Mail Notice List:

David M. Benson, Esq., attorney for Debtor, Jayson T. Rogers at David@DavidBensonLaw.com; dmbenson25@hotmail.com; bambi@davidbensonlaw.com; r64853@notify.bestcase.com
David T. Brady, Esq., attorney for Creditor Finch Investment Group at DBrady@Sandhu-Law.com; bk1notice@sandhu-law.com
Kari B. Coniglio, Esq., Chapter 7 Trustee, at kbconiglio@vorys.com; mdwalkuski@vorys.com; kbc@trustesolutions.net; jncash2@vorys.com
Craig W. Relman, Esq., attorney for Creditor TCF National Bank at: crelman@aol.com
Seth Greenhill, Esq., attorney for PNC Bank, National Association at seth.greenhill@padgettlawgroup.com
United States Trustee, at (registered address)@usdoj.gov
Robert B. Trattner, attorney for PNC Bank, National Association, at rtrattner@ttmlaw.com; rbtlaw2003@yahoo.com

by regular U.S. mail, postage prepaid, to:

Jayson Rogers
20041 Fairmount Blvd.
Shaker Heights, Ohio 44118-4715

Columbus Metro Homes LLC
c/o Its Statutory Agent
United States Corporation Agents, Inc.
411 Wolf Ledges Parkway, Suite 201
Akron, Ohio 44311

Larry R. Rothenberg, Esq.
323 W. Lakeside Avenue, #200
Cleveland, OH 44113-1099

Stark County Treasurer
110 Central Plaza S., Suite 250
Canton, Ohio 44702

Quarterspot, Inc.
c/o Thomas J. Kokolis
110 North Washington Street, Suite 500
Rockville, MD 20850

Jordan N. Hopkins
Bankruptcy Portfolio Manager
Stearns Bank N.A.
4191 2nd Street South
St. Cloud, MN 56301