```
United States Bankruptcy Court
    Northern District of Ohio
```

In re:                                                                   Case No. 19-17814-aih
Jayson T. Rogers                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1        User: nbrow              Page 1 of 1              Date Rcvd: Jun 30, 2020
                            Form ID: pdf853          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
```
db              +Jayson T. Rogers,    20041 Fairmount Blvd.,    Shaker Heights, OH 44118-4715
cr              +PNC Bank, National Association,    1900 East Ninth Street,    Cleveland, OH 44114-3484
cr              +QuarterSpot, Inc.,    c/o Thomas J. Kokolis (lim participant),
                 110 North Washington Street Suite 500,    Rockville, MD 20850-2230
cr              +TCF National Bank,    C/O CRAIG W RELMAN CO LPA,    23811 CHAGRIN BLVD SUITE 160,
                 CLEVELAND, OH 44122-5525
26573295        +QuarterSpot, Inc.,    c/o Parker, Simon & Kokolis, LLC,    ATTN: Thomas J. Kokolis, Esq.,
                 110 N. Washington Street, Ste. 500,    Rockville, MD 20850-2230
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: ar@figadvisors.com Jun 30 2020 23:50:57     Finch Investment Group,
                 Finch Investment Group, LLC,    1000 Riverside Avenue Suite 400,    Jacksonville, FL 32204-4108
cr              +E-mail/Text: Bankruptcy@stearnsbank.com Jun 30 2020 23:48:50     Stearns Bank NA,
                 Attn: Jordan N. Hopkins,    4191 2nd Street South,    St Cloud, MN 56301-3761
26425215        +E-mail/Text: treasurer-bankruptcy@starkcountyohio.gov Jun 30 2020 23:48:42
                 Stark County Treasurer,    110 Central Plaza South, Suite 250,    Canton, Ohio 44702,
                 Phone: (330) 451-7814  Fax: (330) 451-78,
                 treasurer-bankruptcy@starkcountyohio.gov 44702-1410
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
```
              Craig W. Relman    on behalf of Creditor    TCF National Bank crelman@aol.com
              David M. Benson    on behalf of Debtor Jayson T. Rogers David@DavidBensonLaw.com,
               dmbenson25@hotmail.com;bambi@davidbensonlaw.com;r64853@notify.bestcase.com
              David T. Brady    on behalf of Creditor    Finch Investment Group DBrady@Sandhu-Law.com,
               bk1notice@sandhu-law.com
              Kari B. Coniglio    kbconiglio@vorys.com,
               mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
              Robert B. Trattner    on behalf of Creditor    PNC Bank, National Association rtrattner@ttmlaw.com,
               rbtlaw2003@yahoo.com
              Seth  Greenhill    on behalf of Creditor    PNC Bank, National Association
               seth.greenhill@padgettlawgroup.com,  desiree.wyatt@padgettlawgroup.com
                                                                                               TOTAL: 6
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 30, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 30, 2020**



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND, OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-17814 |
| | ) | |
| JAYSON T. ROGERS | ) | Chapter 7 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | ARTHUR I. HARRIS |
| Debtor(s). | ) | |
| | ) | |
| | ) | ORDER GRANTING MOTION OF |
| | ) | PNC BANK, NATIONAL |
| | ) | ASSOCIATION FOR RELIEF |
| | ) | FROM STAY AND ABANDONMENT |
| | ) | 2237 Tuscarawas Street W, Canton, Ohio |
| | ) | 44708 |

This matter came before the Court on the Amended Motion for Relief from Stay (the "Motion") filed by PNC Bank, National Association ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the United States Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the real property described as 2237 Tuscarawas Street W, Canton, Ohio 44708.

# # #

SUBMITTED BY:

/s/ Robert B. Trattner
Robert B. Trattner (0062088)
Thomas, Trattner & Malone, LLC
1653 Merriman Road, #203
Akron, Ohio 44313
Tele: 330-253-5738
Fax: 330-253-5743
rtrattner@ttmlaw.com
Attorney for Movant, PNC Bank, National Association

## LIST OF PARTIES TO BE SERVED

To be served electronically vie the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notification List:

Court's Electronic Mail Notice List:

David M. Benson, Esq., attorney for Debtor, Jayson T. Rogers at
David@DavidBensonLaw.com; dmbenson25@hotmail.com; bambi@davidbensonlaw.com; r64853@notify.bestcase.com
David T. Brady, Esq., attorney for Creditor Finch Investment Group at DBrady@Sandhu-Law.com; bk1notice@sandhu-law.com
Kari B. Coniglio, Esq., Chapter 7 Trustee, at kbconiglio@vorys.com; mdwalkuski@vorys.com; kbc@trustesolutions.net; jncash2@vorys.com
Craig W. Relman, Esq., attorney for Creditor TCF National Bank at: crelman@aol.com
Seth Greenhill, Esq., attorney for PNC Bank, National Association at
seth.greenhill@padgettlawgroup.com
United States Trustee, at (registered address)@usdoj.gov
Robert B. Trattner, attorney for PNC Bank, National Association, at rtrattner@ttmlaw.com; rbtlaw2003@yahoo.com

by regular U.S. mail, postage prepaid, to:

Jayson Rogers
20041 Fairmount Blvd.
Shaker Heights, Ohio 44118-4715

Columbus Metro Homes LLC
c/o Its Statutory Agent
United States Corporation Agents, Inc.
411 Wolf Ledges Parkway, Suite 201
Akron, Ohio 44311

Larry R. Rothenberg, Esq.
323 W. Lakeside Avenue, #200
Cleveland, OH 44113-1099

Stark County Treasurer
110 Central Plaza S., Suite 250
Canton, Ohio 44702

Quarterspot, Inc.
c/o Thomas J. Kokolis
110 North Washington Street, Suite 500
Rockville, MD 20850

Jordan N. Hopkins
Bankruptcy Portfolio Manager
Stearns Bank N.A.
4191 2nd Street South
St. Cloud, MN 56301