**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

| In re: | Case No. 19-17814-AIH |
|---|---|
| **JAYSON T. ROGERS** | Chapter 7 |
| | Judge Arthur I. Harris |
| Debtor(s) | |

**TRUSTEE'S WITHDRAWAL OF REPORT OF NO DISTRIBUTION**

Now comes Kari B. Coniglio, the duly appointed Trustee of the above named Debtor's estate, and hereby withdraws the Report of No Distribution filed on June 5, 2020 (Docket No. 25) as she has been advised of a newly discovered asset.

WHEREFORE, the Report of No Distribution filed on June 5, 2020 (Docket No. 25) is hereby withdrawn.

Respectfully submitted,

/s/ Kari B. Coniglio
Kari B. Coniglio (0081463)
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020 a copy of the foregoing was served via ECF upon:

- **Craig W. Relman, Esq.**, Attorney for TCF National Bank at crelman@aol.com
- **David M. Benson**, Attorney for Debtor at David@DavidBensonLaw.com
- **David T. Brady,** Attorney for Finch Investment Group, LLC at dbrady@sandhu-law.com
- **Jordan N. Hopkins**, Bankruptcy Portfolio Manager for Stearns Bank N.A. at Jordan.Hopkins@stearnsbank.com
- **Maria D. Giannirakis**, Office of the U.S. Trustee at maria.d.giannirakis@usdoj.gov
- **Robert B. Trattner,** Attorney for PNC Bank, National Association at rtrattner@ttnmlaw.com
- **Seth Greenhill,** Attorney for PNC Bank, National Association at Seth.Greenhill@padgettlawgroup.com
- **United States Trustee**, at (Registered address)@usdoj.gov

and via regular U.S. mail to:

Jayson T. Rogers, Debtor
20041 Fairmount Blvd.
Shaker Heights, OH 44118

/s/ Kari B. Coniglio
Kari B. Coniglio (0081463)
Chapter 7 Trustee