# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In re: | Case No. 19-17814-AIH |
| JAYSON T. ROGERS, | Chapter 7 |
| Debtor. | Judge Arthur I. Harris |

## RESIGNATION OF TRUSTEE

Now comes Kari B. Coniglio, the duly appointed Trustee in the above-captioned matter, and hereby gives notice of her resignation as Trustee in the above-captioned case.

WHEREFORE, Trustee hereby requests that she be removed from this case, and that a successor Trustee be appointed.

Respectfully submitted,

**/s/ Kari B. Coniglio**
Kari B. Coniglio #0081463
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

# CERTIFICATE OF SERVICE

I certify that on August 18, 2020, a true and correct copy of the *Resignation of Trustee* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- David M. Benson    David@DavidBensonLaw.com, dmbenson25@hotmail.com;bambi@davidbensonlaw.com;r64853@notify.bestcase.com
- David T. Brady    DBrady@Sandhu-Law.com, bk1notice@sandhu-law.com
- Kari B. Coniglio    kbconiglio@vorys.com, mdwalkuski@vorys.com;kbc@trustesolutions.net;jncash2@vorys.com
- Seth Greenhill    seth.greenhill@padgettlawgroup.com, desiree.wyatt@padgettlawgroup.com
- Craig W. Relman    crelman@aol.com
- Robert B. Trattner    rtrattner@ttmlaw.com, rbtlaw2003@yahoo.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on the following:

QuarterSpot, Inc.
c/o Thomas J. Kokolis (lim participant)
110 North Washington Street Suite 500
Rockville, MD 20850

Stearns Bank NA
Attn: Jordan N. Hopkins
4191 2nd Street South
St Cloud, MN 56301

/s/ Kari B. Coniglio
Kari B. Coniglio  #0081463