UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-17814 |
| JAYSON T. ROGERS ) | |
| ) | |
| ) | CHAPTER 7 |
| ) | |
| ) | JUDGE ARTHUR I. HARRIS |
| ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF APPOINTMENT OF TRUSTEE

RICHARD A. BAUMGART is hereby appointed to serve as Chapter 7 Trustee in the above-captioned case.

          ANDREW R. VARA
          UNITED STATES TRUSTEE REGION 9

          By: /s/ Anita Saenz
               Anita Saenz

August 19, 2020
Date of Appointment